UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMA J. CRUZ,

                    Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                   Defendant.

Case No. 1:26-cv-00219 (JLR)

**SCHEDULING ORDER**

JENNIFER L. ROCHON, United States District Judge:

Through a notice of electronic filing, the Court shall notify the Commissioner of the Social Security Administration through its Office of General Counsel and the U.S. Attorney's Office for the Southern District of New York of the filing of this case, brought pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3).  By separate Order today, the Court is referring this case to the assigned Magistrate Judge for a report and recommendation on any motion for judgment on the pleadings.  In accordance with this District's Standing Order governing challenges to denials of social security benefits, *see In re: Briefing of Social Security Cases*, 22-mc-00329 (LTS), M 10-468, the following briefing schedule applies:

- **Within 60 days of service**, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's answer, or otherwise move against the complaint.

- If Plaintiff wishes to file a motion for judgment on the pleadings, Plaintiff must do so **within 30 days** of the date on which the e-CAR was filed.  The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

- The Commissioner must file an answering brief **within 30 days** of the filing of Plaintiff's motion.

- Plaintiff may file a reply **within 14 days** thereafter.

In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, **within two weeks of the date on which Defendant enters an appearance**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/node/754).  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, **within two weeks of the date on which Defendant enters an appearance** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

Dated: January 13, 2026
   New York, New York

         SO ORDERED.

         _____
         JENNIFER L. ROCHON
         United States District Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:  _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.